*Silas Brown et al* v. *John Southworth et al.* H. E. DAVIES, for complainants; J. RHOADES, for defendant Southworth.

Order directing defendant Southworth to bring into court the sum of $8050, with interest, within thirty days; unless he shall, within fifteen days, give security in the sum of $20,000 to abide the final decree. Costs of this application to abide the event.